UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
TY INC.,                                                       :
:
                                      Plaintiff,              :
:                              26-CV-1291 (VSB)
                      -against-                                :
:                              **ORDER**
LUCKY ENTERPRISES SINGAPORE PTE.                              :
LTD. dba KIDSMUSE STUDIOS,                                    :
:
                                      Defendant.             :
:
-------------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

        Plaintiff filed this action on February 16, 2026, (Doc. 1), and filed an affidavit of service as

to Defendant Lucky Enterprises Singapore PTE. LTD. ("Lucky Enterprises") on February 23, 2026,

(Doc. 12).  The deadline for Lucky Enterprises to respond to Plaintiff's complaint was March 10,

2026.  (*Id.*)  To date, Defendant has not appeared or responded to the complaint.  Plaintiff, however,

has taken no action to prosecute this case.  Accordingly, if Plaintiff intends to seek a default

judgment, it is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices

in Civil Cases by no later than **May 6, 2026**.  If Plaintiff fails to do so or otherwise demonstrate that

Plaintiff intends to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant

to Federal Rule of Civil Procedure 41(b).


SO ORDERED.
Dated:         April 8, 2026
               New York, New York

                                                    Vernon S. Broderick
                                                    United States District Judge